UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SHIMON FRIEDMAN,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　:
　　　　　　　　　　　　　　　　　　　:　　　ORDER
　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　　19 Civ. 5831 (GBD)
FIFTH THIRD BANK,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

　　　　This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within forty-five (45) days of this Order.

Dated: New York, New York
　　　　December 26, 2019

SO ORDERED.

DEC 3 0 2019

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE